

## United States District Court
## Eastern District of California

| Sean McBride, M.D., Shellye Horowitz | Case Number: 2:24-cv-01394-KJM |
|---|---|

Plaintiff(s)

V.

| Randy Hawkins, in his official capacity |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Haley S. Dutch hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Sean McBride M.D. and Shellye Horowitz

On 11/03/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 05/21/2024    Signature of Applicant: /s/ Haley S. Dutch

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Haley S. Dutch |
| Law Firm Name: | Pacific Legal Foundation |
| Address: | 3100 Clarendon Blvd., Ste. 100 |
| City: | Arlington   State: VA   Zip: 22201 |
| Phone Number w/Area Code: | (916) 419-7111 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | HDutch@pacificlegal.org |
| Secondary E-mail Address: | incominglit@pacificlegal.org |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Caleb R. Trotter |
| Law Firm Name: | Pacific Legal Foundation |
| Address: | 555 Capitol Mall, Suite 1290 |
| City: | Sacramento   State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 419-7111 |
| Bar #: | 305195 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 22, 2024

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Haley Dutch**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **3rd**

day of **November** A.D. **2022** and that at the date

hereof the said **Haley Dutch** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **20th** day of **May** A.D. **2024**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk