UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean McBride, et al., | No. 2:24-cv-01394-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Randy Hawkins, | |
| Defendant. | |

The court has reviewed the stipulated request at ECF No. 8 and orders as follows:

- Defendant's motion to dismiss must be filed by July 26, 2024.
- Plaintiffs' opposition must be filed by August 16, 2024.
- Defendant's reply must be filed by August 30, 2024.

The dates above may be modified based on a showing of good cause. All other dates and deadlines remain unchanged.

IT IS SO ORDERED.

DATED: July 3, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

1