CALEB R. TROTTER, Cal. Bar No. 305195
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

HALEY S. DUTCH, Colo. Bar No. 58181*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (916) 503-9064
HDutch@pacificlegal.org
* *Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean McBride, M.D., and G Shellye Horowitz, | No. 2:24-cv-01394-KJM-AC |
| Plaintiffs, | **Plaintiffs' Notice of Intent to Rest on Complaint** |
| v. | Judge: Hon. Kimberly J. Mueller |
| Kristina D. Lawson, in her official capacity as President of the Medical Board of California, | Action Filed May 16, 2024 |
| Defendant. | |

Plaintiffs' Notice of Intent to Rest on Complaint

Case No.: 2:24-cv-01394-KJM-AC

Plaintiffs respectfully submit this notice to inform the Court that they intend to rest on the original Complaint dismissed by the Court on November 19, 2024. (*See* Doc. 20). Plaintiffs thus do not intend to file an Amended Complaint, though the Court dismissed the Complaint with leave to amend.

Where a case is dismissed with leave to amend, a plaintiff may file a notice of intent not to file an amended complaint. *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997) (quoting *Lopez v. City of Needles*, 95 F.3d 20 (9th Cir. 1996)). This gives the Court the opportunity to reconsider or, usually, to enter a final and appealable order of dismissal. *Id.* Plaintiffs therefore request that this Court enter a final Order that Plaintiffs may appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: December 10, 2024.

Respectfully submitted,

 *s/ Caleb R. Trotter*
CALEB R. TROTTER
Cal. Bar No. 305195
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

HALEY S. DUTCH, Colo. Bar No. 58181*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (916) 503-9064
HDutch@pacificlegal.org

* *Pro Hac Vice*

*Attorneys for Plaintiffs*