UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean McBride, et al., | No. 2:24-cv-01394-KJM-AC |
| Plaintiffs, | ORDER |
| v. | |
| Kristina Lawson, | |
| Defendant. | |

In a previous order, this court granted defendant's motion to dismiss with leave to amend. ECF No. 20. Plaintiffs have now filed a notice of intent to stand on their original complaint, rather than filing an amended complaint. ECF No. 21. This action is therefore **dismissed**, and the clerk's office is instructed to **close the case**.

IT IS SO ORDERED.

DATED: January 30, 2025.

UNITED STATES DISTRICT JUDGE

1