# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN MCBRIDE , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:24–CV–01394–KJM–AC** |
| v. | |
| **RANDY HAWKINS ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

    **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/30/25 .**

ENTERED:  **January 30, 2025**      /s/  **Keith Holland**
                                                                              Clerk of Court