UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Eastern District of California

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 2:24-cv-01394-KJM-AC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: May 16, 2024

Date of judgment or order you are appealing: January 30, 2025

Docket entry number of judgment or order you are appealing: 23, 24

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Sean McBride and G Shellye Horowitz

Is this a cross-appeal?   ○ Yes   ○ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ○ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Caleb R. Trotter    **Date** 2/12/25

*Complete and file with the attached representation statement in the U.S. District Court*

Form 1    Rev. 06/09/2022

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Sean McBride and G Shellye Horowitz

Name(s) of counsel (if any):
Caleb R. Trotter, Haley S. Dutch

Address: 555 Capitol Mall, Suite 1290, Sacramento, CA 95814

Telephone number(s): 916-419-7111

Email(s): ctrotter@pacificlegal.org; hdutch@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Kristina Lawson, in her official capacity as President of the Medical Board of California

Name(s) of counsel (if any):
Kevin L. Quade

Address: 1300 I Street, Suite 125, PO Box 944255 Sacramento, CA 94244

Telephone number(s): 916-210-7693

Email(s): kevin.quade@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

**Form 6**                                                  1                                      *New 12/01/2018*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*