UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**SEAN MCBRIDE, ET AL.,**
    Plaintiff

  v.                               **CASE NO. 2:24–CV–01394–KJM–AC**

**RANDY HAWKINS,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **February 12, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

February 13, 2025

                        **KEITH HOLLAND**
                        **CLERK OF COURT**

              **by:** /s/ O. Mendez Licea
                    Deputy Clerk